# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Thomas Avina, Rosalie Avina , Brittney Avina ,
Briana Avina Clara Contreras

V.

United States of America

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv1302-W(WMC)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants Defendant's motion for summary judgment..............................................................
..............................................................................................................................................................

| November 4, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON November 4, 2010 |

08cv1302-W(WMC)